# EXHIBIT B

# Pennsylvania Department of State
# Corporation Bureau

Entity #: 4083920
Date Filed: 02/02/2012
Carol Aichele
Secretary of the Commonwealth

## Certificate of Organization
## Domestic Limited Liability Company
(15 Pa.C.S. § 8913)

**Name**
Chris Blythe

**Address**
3900 Welsh Rd.

**City** **State** **Zip Code**
Willow Grove, PA 19090

Document will be returned to the name and address you enter to the left.
⇐

Commonwealth of Pennsylvania
CERTIFICATE OF ORGANIZATION 3 Page(s)

T1203860158

Fee: $125

In compliance with the requirements of 15 Pa.C.S. § 8913 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company *(designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation)*:
   **Taq. Willow grove LLC**

2. The (a) address of the limited liability company's initial registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

   (a) Number and Street / City / State / Zip / County
   3900 Welsh Rd., Willow Grove, PA 19090 — Montgomery

   (b) Name of Commercial Registered Office Provider — County
   c/o:

3. The name and address, including street and number, if any, of each organizer is *(all organizers must sign on page 2)*:
   **Name** — **Address**
   Chris Blythe - 3900 Welsh Rd., Willow Grove, PA 19090

**PA DEPT. OF STATE**

FEB 02 2012

DSCB:15-8913-2

4. *Strike out if inapplicable term*
   ~~A member's interest in the company is to be evidenced by a certificate of membership interest.~~

5. *Strike out if inapplicable:*
   ~~Management of the company is vested in a manager or managers.~~

6. The specified effective date, if any is:_____.
   month date year hour, if any

7. *Strike out if inapplicable:* ~~The company is a restricted professional company organized to render the following restricted professional service(s):~~

   _____

   _____

8. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this

_23_ day of _2012_ , _____.

_____C. Blythe_____
Signature

_____
Signature

_____
Signature