# EXHIBIT C

None Listed
**Other Associates**
None Listed

**23: 6 T ALEXANDRIA, VA 22304**
**Address**                                                                                               **Dates**                **Phone**
6 T                                                                                                       10/1989 - 10/1989
ALEXANDRIA, VA 22304
ALEXANDRIA COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 32
Median Income: $52,375
Median Home Value: $259,314
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

**Voter Registrations - 5 records found**
**1: New Jersey Voter Registration**
                                              **Registrant Information**
                                    Name: BLYTHE, CHRIS B

                     Residential Address: 20 MEADOWVIEW DR
                                          SHAMONG, NJ 08088-8595
                                          BURLINGTON COUNTY
                                     SSN: ■■■■
                           Date of Birth: ■■■■
                                  Gender: Male
                       Head ofHousehold: H
                                              **Voter Information**
                       Registration Date: 6/30/2003
                          Last Vote Date: 11/2/2004
                       Party Affiliation: ■■■■

**2: New Jersey Voter Registration**
                                              **Registrant Information**
                                    Name: BLYTHE, CHRIS B

                     Residential Address: 20 MEADOWVIEW DR
                                          SHAMONG, NJ 08088-8595
                                          BURLINGTON COUNTY
                              Home Phone: ■■■■
                                     SSN: ■■■■
                           Date of Birth: ■■■■
                                              **Voter Information**
                       Registration Date: 6/30/2003
                          Last Vote Date: 4/20/2010
                           Active Status: ACTIVE

**3: New Jersey Voter Registration**
                                              **Registrant Information**
                                    Name: BLYTHE, CHRIS B

                     Residential Address: 20 MEADOWVIEW DR
                                          SHAMONG, NJ 08088-8595
                                          BURLINGTON COUNTY
                              Home Phone: ■■■■
                                     SSN: ■■■■

    **Date of Birth:** ▇
    **Gender:** Unknown
        **Voter Information**
    **Registration Date:** 6/30/2003
    **Last Vote Date:** 11/4/2014
    **Party Affiliation:** ▇
    **Active Status:** ACTIVE

### 4: New Jersey Voter Registration
        **Registrant Information**
    **Name:** BLYTHE, CHRIS B

    **Residential Address:** 923 WASHINGTON AVE
              PALMYRA, NJ 08065-2015
               BURLINGTON COUNTY
    **Home Phone:** ▇
    **SSN:** ▇
    **Date of Birth:** ▇
    **Gender:** Unknown
         **Voter Information**
    **Registration Date:** 6/30/2003
    **Last Vote Date:** 11/6/2018
    **Party Affiliation:** ▇
    **Active Status:** ACTIVE

### 5: New Jersey Voter Registration
        **Registrant Information**
    **Name:** BLYTHE, CHRIS

    **Residential Address:** 201 GUILFORD AVE
              HADDON TOWNSHIP, NJ 08108-1705
              CAMDEN COUNTY
    **SSN:** ▇
    **Date of Birth:** ▇
    **Head ofHousehold:** H
        **Voter Information**
    **Registration Date:** 10/1996
    **Last Vote Date:** 11/1/2002
    **Party Affiliation:** ▇
    **Active Status:** ACTIVE

**Driver Licenses - 0 records found**
**Professional Licenses - 0 records found**
**Health Care Providers - 0 records found**
**Health Care Sanctions - 0 records found**
**Pilot Licenses - 0 records found**
**Sport Licenses - 0 records found**
**Real Property - 20 records found**

### 1: Assessment Record for MONROE County, PA
        **Owner Information**
    **Name:** BLYTHE CHRIS B
    **Name:** BLYTHE DANIELLE M
        **Property Information**
    **Address:** 2223 GAP VIEW DR EAST STROUDSBURG, PA 18301-7860
    **County/FIPS:** MONROE
    **Data Source:** A
        **Legal Information**

**Assessor's Parcel Number:** 16/8/1/58
**Book/Page:** 1818/815

### Assessment Information

**Assessed Value:** $21790

## 2: Assessment Record for CUMBERLAND County, NJ

### Owner Information

**Name:** BLYTHE CHRIS

### Property Information

**Address:** 215 FULTON ST MILLVILLE, NJ 08332-4305
**County/FIPS:** CUMBERLAND
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 10-00112-0000-00006
**Book/Page:** 1826/254

### Sale Information

**Sale Date:** 01/11/1990
**Sale Price:** $14000

### Assessment Information

**Assessed Value:** $93700
**Market Land Value:** $15700
**Market Improvement Value:** $83696
**Total Market Value:** $99396

## 3: Assessment Record for BURLINGTON County, NJ

### Owner Information

**Name:** BLYTHE CHRIS B
**Name:** BLYTHE DANIELLE

### Property Information

**Address:** 923 WASHINGTON AVE PALMYRA, NJ 08065-2015
**County/FIPS:** BURLINGTON
**Data Source:** A

### Legal Information

**Assessor's Parcel Number:** 27-00006-0000-00011
**Recording Date:** 09/01/2017
**Book/Page:** 13294/4321

### Sale Information

**Sale Date:** 08/17/2017
**Sale Price:** $192000

### Mortgage Information

**Loan Type:** CONVENTIONAL
**Loan Amount:** $153600
**Lender Name:** AMERICAN HERITAGE FCU

### Assessment Information

**Assessed Value:** $197000
**Market Land Value:** $86695
**Market Improvement Value:** $125202
**Total Market Value:** $211897

## 4: Assessment Record for CAMDEN County, NJ

### Owner Information

**Name:** BLYTHE CHRIS

### Property Information

**Address:** 117 HADDON AVE COLLINGSWOOD, NJ 08108-1034
**County/FIPS:** CAMDEN
**Data Source:** A

### Legal Information
**Assessor's Parcel Number:** 16-00021-09-00027
**Recording Date:** 07/22/2003
**Book/Page:** 7126/230

### Sale Information
**Sale Date:** 07/02/2003
**Sale Price:** $95000

### Mortgage Information
**Loan Type:** CONVENTIONAL
**Loan Amount:** $71250
**Lender Name:** CHASE MANHATTAN MTG

### Assessment Information
**Assessed Value:** $190100
**Market Land Value:** $22164
**Market Improvement Value:** $186417
**Total Market Value:** $208581

## 5: Deed Record for CUMBERLAND County
### Buyer Information
**Name:** BLYTHE , CHRIS
**Address:** 923 WASHINGTON AVE PALMYRA, NJ 08065-2015
**County/FIPS:** BURLINGTON

### Seller Information
**Name:** RJE DEVELOPMENT GROUP LLC

### Property Information
**Address:** 215 FULTON ST MILLVILLE, NJ 08332-4305
**County/FIPS:** CUMBERLAND
**Data Source:** B

### Legal Information
**Contract Date:** 11/10/2017
**Recording Date:** 11/16/2017
**Document Number:** 542809
**Book/Page:** 4160/262

## 6: Deed Record for BURLINGTON County
### Buyer Information
**Name:** BLYTHE, CHRIS B & DANIELLE M
**Address:** 923 WASHINGTON AVE PALMYRA, NJ 08065-2015
**County/FIPS:** BURLINGTON

### Seller Information
**Name:** JOHNSON WILLIAM C JR & CYNTHIA G

### Property Information
**Address:** 923 WASHINGTON AVE PALMYRA, NJ 08065-2015
**County/FIPS:** BURLINGTON
**Data Source:** A

### Lender Information
**Name:** AMERICAN HERITAGE FCU AMERICAN HERITAGE

### Legal Information
**Assessor's Parcel Number:** 27-00006-0000-00011
**Contract Date:** 08/17/2017

**Recording Date:** 09/01/2017
**Document Number:** 5325331
**Document Type:** DEED
**Book/Page:** 13294/4321

**Sale Information**

**Sale Price:** $192000

**Mortgage Information**

**Loan Amount:** $153600
**Loan Type:** CONVENTIONAL
**Title Company:** YOUR HOMETOWN TITLE LLC
**Transaction Type:** RESALE
**Description:** MORTGAGE

## 7: Deed Record for BURLINGTON County

**Buyer Information**

**Name:** BLYTHE, CHRIS & DANIELLE M
**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON

**Property Information**

**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON
**Data Source:** A

**Lender Information**

**Name:** QUICKEN LNS INC

**Legal Information**

**Assessor's Parcel Number:** 32-00004-04-00043
**Contract Date:** 11/18/2016
**Recording Date:** 12/09/2016
**Document Number:** 5264325
**Document Type:** DEED OF TRUST
**Book/Page:** 13253/4202

**Mortgage Information**

**Loan Amount:** $292075
**Loan Type:** CONVENTIONAL
**Title Company:** TITLE SOURCES INC
**Transaction Type:** REFINANCE
**Description:** MORTGAGE

## 8: Assessment Record for BURLINGTON County, NJ

**Owner Information**

**Name:** BLYTHE CHRIS
**Name:** BLYTHE DANIELLE M

**Property Information**

**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON
**Data Source:** A

**Legal Information**

**Assessor's Parcel Number:** 32-00004-04-00043
**Recording Date:** 07/01/2003
**Book/Page:** 6074/258

**Sale Information**

**Sale Date:** 06/20/2003
**Sale Price:** $390000

### Mortgage Information
**Loan Type:** CONVENTIONAL
**Loan Amount:** $351000
**Lender Name:** HSBC MTG CORP (USA)

### Assessment Information
**Assessed Value:** $383100
**Market Land Value:** $128568
**Market Improvement Value:** $273510
**Total Market Value:** $402078

## 9: Deed Record for MONROE County

### Buyer Information
**Name:** BLYTHE, CHRIS B & DANIELLE M
**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON

### Property Information
**Address:** 2223 GAP VIEW DR EAST STROUDSBURG, PA 18301-7860
**County/FIPS:** MONROE
**Data Source:** A

### Lender Information
**Name:** REPUBLIC BK

### Legal Information
**Assessor's Parcel Number:** 16/8/1/58
**Contract Date:** 09/13/2012
**Recording Date:** 09/18/2012
**Document Number:** 24675
**Document Type:** DEED OF TRUST
**Book/Page:** 2408/2125

### Mortgage Information
**Loan Amount:** $700000
**Loan Type:** CONVENTIONAL
**Title Company:** FOUNDATION ABSTRACT
**Transaction Type:** REFINANCE
**Description:** MORTGAGE

## 10: Assessment Record for BURLINGTON County, NJ

### Owner Information
**Name:** BLYTHE, CHRIS & DANIELLE M
**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON

### Property Information
**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 32 00004-0004-00043
**Recording Date:** 06/20/2003
**Book/Page:** 6074/258

### Sale Information
**Sale Price:** $390000

### Assessment Information
**Assessed Value:** $383100

**11: Assessment Record for CAMDEN County, NJ**

### Owner Information
**Name:** BLYTHE CHRIS
**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON

### Property Information
**Address:** 117 HADDON AVE
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 16 00021-0009-00027
**Recording Date:** 07/02/2003
**Book/Page:** 7126/230

### Assessment Information
**Assessed Value:** $190100

**12: Assessment Record for MONROE County, PA**

### Owner Information
**Name:** BLYTHE CHRIS B
**Name:** BLYTHE DANIELLE M
**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON

### Property Information
**Address:** PA RT 402 PA
**Data Source:** A

### Legal Information
**Assessor's Parcel Number:** 16-7321-01 16-4924
**Book/Page:** 1818/815

### Assessment Information
**Assessed Value:** $21790

**13: Deed Record for OCEAN County**

### Buyer Information
**Name:** BLYTHE, RICHARD A
**Name:** BLYTHE, ALMA C
**Name:** BLYTHE, BRETT A
**Name:** BLYTHE, TODD L
**Name:** BLYTHE, CHRIS B
**Address:** 45 SAUERMAN RD DOYLESTOWN, PA 18901-2824
**County/FIPS:** BUCKS

### Seller Information
**Name:** 288 12TH STREET LLC,
**Address:** 45 SAUERMAN RD DOYLESTOWN, PA 18901-2824
**County/FIPS:** BUCKS

### Property Information
**Address:** 288 N 12TH ST SURF CITY, NJ 08008-5330
**County/FIPS:** OCEAN
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 32 00074-0000-00039
**Contract Date:** 09/08/2009
**Recording Date:** 09/14/2009
**Document Number:** 2009098753
**Document Type:** WARRANTY DEED

**Book/Page:** 14408/1360

#### Mortgage Information
**Title Company:** NONE AVAILABLE

### 14: Deed Record for BURLINGTON County

#### Buyer Information
**Name:** BLYTHE, CHRIS & DANIELLE M
**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON

#### Property Information
**Address:** 20 MEADOWVIEW DR SHAMONG, NJ 08088-8595
**County/FIPS:** BURLINGTON
**Data Source:** A

#### Lender Information
**Name:** COMMERCE BK

#### Legal Information
**Assessor's Parcel Number:** 32-00004-0004-00043
**Contract Date:** 11/04/2005
**Recording Date:** 12/23/2005
**Document Number:** 4255068
**Document Type:** DEED OF TRUST
**Book/Page:** 10720/638

#### Mortgage Information
**Loan Amount:** $130000
**Loan Type:** CONVENTIONAL
**Transaction Type:** REFINANCE
**Description:** MORTGAGE

### 15: Deed Record for CAMDEN County

#### Buyer Information
**Name:** BLYTHE, CHRIS
**Address:** 117 HA AVE VINCENTOWN, NJ 08088
**County/FIPS:** BURLINGTON

#### Seller Information
**Name:** MAHONEY RICHARD JR

#### Property Information
**Address:** 117 N HADDON AVE HADDONFIELD, NJ 08033-2305
**County/FIPS:** CAMDEN
**Data Source:** A

#### Legal Information
**Assessor's Parcel Number:** 00021-0009-00027
**Contract Date:** 07/02/2003
**Recording Date:** 07/22/2003
**Document Type:** DEED
**Book/Page:** 7126/230

#### Sale Information
**Sale Price:** $95000

#### Mortgage Information
**Transaction Type:** RESALE

### 16: Assessment Record for CAMDEN County, NJ

#### Owner Information
**Name:** BLYTHE CHRIS & DANIELLE

**Address:** 201 GUILFORD AVE HADDON TOWNSHIP, NJ 08108-1705
**County/FIPS:** CAMDEN

### Property Information
**Address:** 201 GUILFORD AVE HADDON TOWNSHIP, NJ 08108-1705
**County/FIPS:** CAMDEN
**Data Source:** B

### Legal Information
**Assessor's Parcel Number:** 16 00029-0006-00037
**Recording Date:** 03/26/2003
**Book/Page:** 5288/503

### Assessment Information
**Assessed Value:** $118400

## 17: Assessment Record for BUCKS County, PA

### Owner Information
**Name:** BLYTHE BRETT A
**Name:** BLYTHE CHRIS B
**Address:** 45 SAUERMAN RD DOYLESTOWN, PA 18901-2824
**County/FIPS:** BUCKS

### Property Information
**Address:** 403 S MAIN ST UNIT A207 DOYLESTOWN, PA 18901-5754
**County/FIPS:** BUCKS
**Data Source:** A

### Legal Information
**Assessor's Parcel Number:** 08 011 041 -022 A207
**Recording Date:** 02/12/1988
**Book/Page:** 2802/111

### Sale Information
**Sale Price:** $72900

### Assessment Information
**Assessed Value:** $2880

## 18: Assessment Record for CAMDEN County, NJ

### Owner Information
**Name:** BLYTHE CHRIS
**Name:** BLYTHE DANIELLE
**Address:** 201 GUILFORD AVE HADDON TOWNSHIP, NJ 08108-1705
**County/FIPS:** CAMDEN

### Property Information
**Address:** 202 GUILFORD AVE HADDON TOWNSHIP, NJ 08108-1706
**County/FIPS:** CAMDEN
**Data Source:** A

### Legal Information
**Assessor's Parcel Number:** 00029-0007-00006
**Recording Date:** 06/13/1996
**Book/Page:** 4823/709

### Sale Information
**Sale Date:** 05/28/1996
**Sale Price:** $107000

### Mortgage Information
**Loan Type:** CONVENTIONAL
**Loan Amount:** $101000
**Lender Name:** PHH MTG SVCS

### Assessment Information
**Assessed Value:** $117800

**19: Deed Record for CAMDEN County**

#### Buyer Information
**Name:** BLYTHE, CHRIS

#### Property Information
**Address:** 201 GUILFORD AVE HADDON TOWNSHIP, NJ 08108-1705
**County/FIPS:** CAMDEN
**Data Source:** A

#### Lender Information
**Name:** ENCORE MTG SVCS INC

#### Legal Information
**Assessor's Parcel Number:** 00029-0006-00037
**Contract Date:** 11/30/1998
**Recording Date:** 12/16/1998
**Document Type:** DEED OF TRUST
**Book/Page:** 5005/872

#### Mortgage Information
**Loan Amount:** $126975
**Loan Type:** CONVENTIONAL
**Transaction Type:** REFINANCE
**Description:** MORTGAGE

**20: Deed Record for CAMDEN County**

#### Buyer Information
**Name:** BLYTHE, CHRIS
**Address:** 201 GUILFORD AVE HADDON TOWNSHIP, NJ 08108-1705
**County/FIPS:** CAMDEN

#### Seller Information
**Name:** MCGLONE JOHN E

#### Property Information
**Address:** 201 GUILFORD AVE HADDON TOWNSHIP, NJ 08108-1705
**County/FIPS:** CAMDEN
**Data Source:** A

#### Lender Information
**Name:** PHH MTG SVCS

#### Legal Information
**Assessor's Parcel Number:** 00029-0007-00006
**Contract Date:** 05/28/1996
**Recording Date:** 06/13/1996
**Document Type:** DEED
**Book/Page:** 4823/709

#### Sale Information
**Sale Price:** $107000

#### Mortgage Information
**Loan Amount:** $101000
**Loan Type:** CONVENTIONAL
**Transaction Type:** RESALE
**Description:** TRUSTEE'S DEED (FORECLOSURE)

**Motor Vehicle Registrations - 0 records found**
**Boats - 0 records found**
**Aircraft - 0 records found**

Property Detail

[New Search] [Assessment Postcard]

| | | | | | | |
|---|---|---|---|---|---|---|
| Block: | 6 | Prop Loc: | 923 WASHINGTON AVE | Owner: | BLYTHE, CHRIS B & DANIELLE | Square Ft: 1800 |
| Lot: | 11 | District: | 0327 PALMYRA | Street: | 923 WASHINGTON AVENUE | Year Built: 1923 |
| Qual: | | Class: | 2 | City State: | PALMYRA, NJ 08065 | Style: CO |

Additional Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Prior Block: | | Acct Num: | | Addl Lots: | | EPL Code: 0 0 0 |
| Prior Lot: | | Mtg Acct: | | Land Desc: | 87X155 | Statute: |
| Prior Qual: | | Bank Code: | 0 | Bldg Desc: | 2SFG | Initial: 000000 Further: 000000 |
| Updated: | 12/10/18 | Tax Codes: | | Class4Cd: | 0 | Desc: |
| Zone: | R1 | Map Page: | | Acreage: | 0 | Taxes: 7641.63 / 7889.85 |

Sale Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sale Date: | 08/17/17 | Book: | 13294 | Page: 4321 | Price: | 192000 | NU#: 0 |

| Sr1a | Date | Book | Page | Price | NU# | Ratio | Grantee |
|---|---|---|---|---|---|---|---|

TAX-LIST-HISTORY

| Year | Owner Information | Land/Imp/Tot | Exemption | Assessed | Property Class |
|---|---|---|---|---|---|
| 2020 | BLYTHE, CHRIS B & DANIELLE | 80600 | 0 | 197000 | 2 |
| | 923 WASHINGTON AVENUE | 116400 | | | |
| | PALMYRA, NJ 08065 | 197000 | | | |
| 2019 | BLYTHE, CHRIS B & DANIELLE | 80600 | 0 | 197000 | 2 |
| | 923 WASHINGTON AVENUE | 116400 | | | |
| | PALMYRA, NJ 08065 | 197000 | | | |
| 2018 | BLYTHE, CHRIS B & DANIELLE | 80600 | 0 | 227000 | 2 |
| | 923 WASHINGTON AVE | 146400 | | | |
| | PALMYRA, NJ 08065 | 227000 | | | |
| 2017 | JOHNSON, WILLIAM C JR & CYNTHIA G | 80600 | 0 | 243600 | 2 |
| | 923 WASHINGTON AVENUE | 163000 | | | |
| | PALMYRA, N J 08065 | 243600 | | | |

*Click on Underlined Year for Tax List Page

*Click Here for More History

**PARID: 16.8.1.58**        **2223 GAP VIEW DR**

## Parcel

| | |
|---|---|
| Parcel ID | 16.8.1.58 |
| Map Number | 16732101164924 |
| Property Location | 2223 GAP VIEW DR |
| Township | Smithfield |
| Land Use | 111-Household Units |
| Property Class | 9-Taxable |
| Living Units | 2 |
| Land Area (acreage) | .97 |
| Neighborhood Code | 16R09 |
| Zoning | R2 |
| Homestead/Farmstead Status | Reject |
| Legal Desc | |

## Owners

| | |
|---|---|
| Owner(s) | BLYTHE CHRIS B & DANIELLE M |
| Mailing Address | 923 WASHINGTON AVE |
| | PALMYRA NJ 08065 |

## Property/Location Factors

| | |
|---|---|
| Utilities | 8-Electric |
| | 5-WELL |
| | 6-SEPTIC |

## Sales History

| Date | Amount | Book | Page |
|---|---|---|---|
| 03/13/1992 | $1 | 1818 | 815 |
| 12/15/1986 | $72,000 | 1528 | 319 |
| 07/20/1984 | $1 | 1374 | 334 |
| 08/13/1971 | $18,750 | 404 | 552 |

## Additional Information    1 of 4

| | |
|---|---|
| Date | 03/13/1992 |
| Grantor | BLYTHE CHRIS B |
| Grantee | |

## Primary Building    1 of 2

| | |
|---|---|
| Style | RANCH |
| Year Built | 1930 |
| Year Remodeled | |
| Stories | 1 |
| Exterior Walls | 21-ALUMINIUM |
| Attic | 1-NONE |
| Fuel Type | 3-OIL |
| Heat System | 5-HOT WATER |
| Heat/AC Type | 3-CENTRAL |
| Fireplaces | 0 |
| Total Rooms | 4 |
| Bedrooms | 2 |

| | |
|---|---|
| Full Baths | 1 |
| Half Baths | |
| Basement | 4-FULL |
| Basement Garage Spaces | 0 |
| Finished Basement Area | |
| Basement Rec Room Area | |
| Living Area | 860 |

## Amenities                                                                 1 of 2

Amenity 1
Quantity

Amenity 2
Quantity

Amenity 3
Quantity

Amenity 4
Quantity

## Entrance

| Inspection Date | Inspection Code | Info Source Code |
|---|---|---|
| 04/13/2017 | 4 – INFO AT DOOR | 2 – TENANT |
| 12/10/1987 | – | – |