# EXHIBIT D



FOR INFORMATIONAL PURPOSES ONLY
Copyright © 2020 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.
Report Created: August 5, 2020 - Wednesday 7:31 PM

**Experian Business Data**

This data is for informational purposes only.

## Business Information

| | |
|---|---|
| Experian Company Number: | 988865965 |
| Company Name: | SWEET TACO |
| Address: | 4001 WELSH RD |
| | WILLOW GROVE, PA 19090-2901 |
| | MONTGOMERY COUNTY |
| Phone: | 215-657-4500 |
| Business Description: | Restaurants |
| SIC Code: | 5812 |
| Years In Business: | 7 |
| Sales: | $322,000 |
| Number of Employees: | 6 |
| Fiscal Year End Month: | 0 |
| Profit Range: | 0 |
| Net Worth: | 0 |
| In Building Since Year: | 0 |
| Building Square Feet: | 0 |
| Active Customer Count: | 0 |
| Officer Name: | BLYTHE, CHRIS |
| Date First Seen: | 07/2014 |
| Date Last Seen: | 09/09/2019 |
| Last Updated Date: | 09/12/2019 |

**File Establish Date:** 07/2014

**Public Records**

**Uniform Commercial Code (UCC) Filings:**

**1.**

    **Type:** UCC-FILED
    **Document Number:** 2015011204870
    **File Location:** SEC OF STATE PA
    **File Number:** 2015011204
    **Date Filed:** 01/12/2015

**2.**

    **Type:** UCC-FILED
    **Document Number:** 2015011204870
    **File Location:** SEC OF STATE PA
    **File Number:** 2015011204
    **Date Filed:** 01/12/2015

**3.**

    **Type:** UCC-FILED
    **Document Number:** 2015011204870
    **File Location:** SEC OF STATE PA
    **File Number:** 2015011204
    **Date Filed:** 01/12/2015

**UCC Collateral Counts:**

Company has 1 Filings with 1 collateral item(s).

    **Collateral Code:** 6
    **Collateral Description:** INVENTORY
    **Collateral Code:** 9
    **Collateral Description:** HEREAFTER ACQUIRED PROP

**Demographic 5600**

    **SIC Codes:** 5812 (Restaurants)
    **Years In Business:** 7

| | |
|---|---|
| **Sales:** | $322,000 |
| **Employee Size:** | 6 - 10 |

### Demographic 5610

| | |
|---|---|
| **Officer Title:** | OWNER |
| **Officer Name:** | BLYTHE, CHRIS |
| **Original Officer Name:** | BLYTHE, CHRIS |

**Commercial Credit Bureau Records**

**This data is for informational purposes only.**

### Business Information

| | |
|---|---|
| **Company Name:** | SWEET TACO |
| **Address:** | 4001 WELSH RD |
| | WILLOW GROVE, PA 19090-2901 |
| **Company Phone Number:** | 215-657-4500 |
| **File Number:** | 107990798 |
| **Company Year Established:** | 2015 |
| **Record Date:** | 05/25/2020 |
| **Record Update Date:** | 03/08/2020 |
| **Sales:** | 954,000 |
| **URL:** | WWW.THESWEETTACO.COM |

**NAIC Code**

| | |
|---|---|
| **NAIC Code:** | 722511 |
| **NAIC Description:** | FULL-SERVICE RESTAURANTS |

**NAIC Code**

| | |
|---|---|
| **NAIC Description:** | FOOD SERVICES AND DRINKING PLACES |

**SIC Code**

| | |
|---|---|
| **SIC Code:** | 5812 |
| **SIC Description:** | EATING AND DRINKING PLACES |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. In addition, Industry Classifications and Normalized Titles are data elements

automatically derived and unverified. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.
Your DPPA Permissible Use: I have no permissible use
Your GLBA Permissible Use: I have no permissible use

Copyright© 2020 LexisNexis. All rights reserved.

**End of Document**