# EXHIBIT E

**BUTLER WEIHMULLER KATZ CRAIG LLP**
By: Richard D. Gable, Jr., Esquire
      Attorney ID No.: 65842
1818 Market Street, Suite 2740
Philadelphia, PA 19103
Telephone: (215) 405-9191
Facsimile: (215) 405-9190

*Attorneys for Defendants,
Twin City Fire Insurance Company and
The Hartford Insurance Group*

| | |
|---|---|
| TAQ WILLOW GROVE, LLC : | IN THE COURT OF COMMON PLEAS |
| : | OF PHILADELPHIA COUNTY |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | Case No.: 200601542 |
| TWIN CITY FIRE INSURANCE COMPANY : | |
| and : | |
| THE HARTFORD INSURANCE GROUP : | |
| Defendants. : | |

# DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL

TO THE PROTHONOTARY:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1332, 1441 and 1446, Defendants, Twin City Fire Insurance Company and The Hartford Insurance Group have filed in this matter a Notice of Removal with the Clerk of the United States District Court for the Eastern District of Pennsylvania. See Notice of Removal filed in the Eastern District of Pennsylvania, without its enclosures, attached hereto as Exhibit "A".

**BUTLER WEIHMULLER KATZ CRAIG LLP**

s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
*Attorneys for Defendants, Twin City Fire Insurance Company and The Hartford Insurance Group*

Dated: August 7, 2020

## CERTIFICATE OF SERVICE

I, Richard D. Gable, Jr., hereby certify that, on this 7th day of August, 2020, a true and correct copy of the foregoing Notice of Filing of Removal will be served via the Court's Electronic Filing System on the following counsel of record:

Robert W. Williams, Esq.
rwilliams@mwm-law.com
Ashley S. Nechemia, Esq.
anechemia@mwm-law.com
MATTLEMAN, WEINROTH & MILLER
401 Route 70 East – Suite 100
Cherry Hill, NJ 08034

*Attorneys for Plaintiff*

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.