# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAQ WILLOW GROVE, LLC,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 20-3863** |
| **TWIN CITY FIRE INSURANCE,** *Defendant.* | : : : | |

## ORDER

**AND NOW**, this **14th** day of **January 2021**, upon consideration of Defendant's Motion to Dismiss (ECF No. 10), Plaintiff's response in opposition (ECF No. 12), Defendant's reply (ECF No. 13), Defendant's Notice of Supplemental authority (ECF No. 19) and Defendant's Second Notice of Supplemental Authority (ECF No. 21), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff's Amended Complaint (ECF No. 7) is DISMISSED with prejudice. The Clerk of Court is directed to close this matter.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**